IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JEROME GREER EL,           )<br>                            )<br>    Plaintiff,            )<br>                            )<br>    v.                      )<br>                            )<br>ALABAMA DEPARTMENT OF       )<br>CORRECTIONS, et al.,       )<br>                            )<br>    Defendants.             ) | CIVIL ACTION NO.<br>2:21cv725-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner filed this lawsuit appearing to contend that he was imprisoned without due process and in violation of the law, and that he was assaulted and tased by staff and falsely imprisoned.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for his failure to file the initial partial filing fee as ordered by the court.  Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record,

the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 7th day of February, 2022.

                                /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE