IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JEROME GREER EL,              )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )      2:21cv725-MHT
                              )          (WO)
ALABAMA DEPARTMENT OF         )
CORRECTIONS, et al.,          )
                              )
    Defendants.               )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 11) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 10) is adopted.

(3) This lawsuit is dismissed without prejudice for plaintiff's failure to pay the required filing fee as ordered by the court.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 7th day of February, 2022.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**